**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INNOVATIVE INDUSTRIAL PROPERTIES, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:23-00737-GLR |

**CONSENT MOTION FOR VOLUNTARY DISMISSAL**

Plaintiffs Ross Weintraub ("Weintraub") and Franco DeBlasio ("DeBlasio"), on behalf of Gerich Melenth Nin (GMN) LP (together, "Plaintiffs") and defendants Alan D. Gold, Paul Smithers, Catherine Hastings, Ben Regin, Andy Bui, Tracie Hager, Gary Kreitzer, David Stecher, Scott Shoemaker, Mary Curran, and Nominal Defendant Innovative Industrial Properties Inc. ("Innovative," and collectively, "Defendants"), by and through undersigned counsel, respectfully request dismissal of this consolidated derivative action and state in support thereof:

WHEREAS, on April 17, 2023, the Court stayed all proceedings in this action pending the ruling on the fully briefed motion to dismiss, including any appellate review, in the related putative class action litigation captioned *Mallozzi v. Innovative Industrial Properties, Inc. et al*. (Case No. 2:22-cv-02359) (D.N.J.) (the "Securities Class Action") (*See* Dkt. Nos. 4-5);

WHEREAS, on September 25, 2024, the United States District Court for the District of New Jersey granted the defendants' motion to dismiss in the Securities Class Action, dismissing the operative complaint with prejudice;

WHEREAS, on September 30, 2024, the plaintiffs in the Securities Class Action submitted a notice of appeal to the United States Court of Appeals for the Third Circuit, and the appeal was docketed as *Alejandro Handal, et al v. Innovative Industrial Properties Inc., et al.*, Case No. 24-2829;

WHEREAS, on October 15, 2025, the United States Court of Appeals for the Third Circuit affirmed the dismissal of the Securities Class Action;

WHEREAS, as a result of the foregoing, Plaintiffs wish to voluntarily dismiss the above-captioned consolidated action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, Innovative, and/or any other Innovative shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of this Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any Innovative shareholder, or Innovative itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal;

NOW, THEREFORE, the Parties jointly request that the Court enter an Order stating that:

1. This Action shall be dismissed without prejudice as to Plaintiffs, Innovative, and/or any other Innovative shareholder; and

2. The Parties shall bear their own fees and costs.

Dated: October 20, 2025

*/s/ Thomas Minton*

**GOLDMAN & MINTON, P.C.**
Thomas J. Minton - No. 03370
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Fax (410) 783-1711
tminton@charmcitylegal.com

*Liaison counsel for Plaintiffs*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Facsimile: (484) 875-9273

*Co-Lead Counsel for Plaintiffs*

**BROWN GOLDSTEIN & LEVI, LLP**
Dana Whitehead McKee
Federal Bar No. 04447
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869
Email: dwm@browngold.com

*Liaison counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Matthew Houston
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email: mhouston@glancylaw.com
bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

*/s/ Jarren N. Ginsburg (with permission)*________
Jarren N. Ginsburg
Olivia S. Singelmann
Foley & Lardner LLP
Washington Harbour

3000 K Street, N.W.
Suite 600
Washington, D.C. 20007-5109
202.295.4071
jginsburg@foley.com
osingelmann@foley.com

Andrew A. Howell (admitted *pro hac vice*)
Foley & Lardner LLP
2021 McKinney Avenue
Dallas, TX 75201
214.999.4538
ahowell@foley.com

*Counsel for Defendants Alan D. Gold, Paul Smithers, Catherine Hastings, Ben Regin, Andy Tracie Hager, Gary Kreitzer, David Stecher, Scott Shoemaker, and Mary Curran, and Nominal Defendant Innovative Industrial Properties Inc.*
*Counsel for Defendants and Nominal Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October, 2025, a true and correct copy of the above and foregoing document was filed and served *via* CM/ECF upon all counsel of record.

*/s/ Thomas J. Minton*
Thomas J. Minton -No. 03370