**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INNOVATIVE INDUSTRIAL PROPERTIES, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:23-00737-GLR |

**ORDER GRANTING CONSENT MOTION FOR VOLUNTARY DISMISSAL**

UPON CONSIDERATION of the Parties' Consent Motion for Voluntary Dismissal, and for good cause having been shown, it is this 21st day of October, 2025, hereby:

ORDERED that the Consent Motion (ECF No. 33) is GRANTED;

IT IS FURTHER ORDERED that the Complaint (ECF No. 1) is DISMISSED without prejudice; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

/s/
GEORGE LEVI RUSSELL, III
CHIEF UNITED STATES DISTRICT JUDGE